## BRAKELOW STEAMSHIP COMPANY LIMITED v. WEST.

SIMMONS, C. J.   Where a corporation, in defense to an action against it, pleads to the jurisdiction of the court, and files exceptions pendente lite to a judgment overruling the plea, and where, more than sixty days thereafter, the issue arising upon a traverse to the return of service, purporting to show service upon the defendant's agent, was submitted to the judge without the intervention of a jury and was determined adversely to the defendant, *held*, that there has been no final disposition of the case, nor any decision or judgment which, if it had been rendered as claimed, would have been a final disposition of the cause.   The Supreme Court has, therefore, no jurisdiction to entertain a writ of error sued out by the defendant below for the purpose of reviewing the decisions above indicated.   See *State Mutual Asso.* v. *Kemp*, 115 *Ga.* 355; *Fugazzi* v. *Tomlinson*, 119 *Ga.* 622, and cases cited.        *Writ of error dismissed.   All the Justices concur.*

Argued October 7, — Decided October 17, 1904.

Motion to dismiss the writ of error.

*Robert L. Colding*, for plaintiff in error.
*Garrard & Meldrim* and *J. E. Myrick*, contra.